# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No. 13-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  EILEEN SUE GILCHRIST,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel met with the Magistrate Judge and requested continuance of the Arraignment set in this matter, therefore:

**IT IS HEREBY ORDERED** that this matter is RE-SCHEDULED for Arraignment on January 28, 2014 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado.

**DATED:   January 14, 2014.**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**