**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 13-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. EILEEN SUE GILCHRIST,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

At the joint request of counsel,

**IT IS HEREBY ORDERED** that the Arraignment scheduled for January 28, 2014 at 3:00 p.m. is **VACATED and RE-SCHEDULED for February 6, 2014 at 1:00 p.m.** before the Magistrate in Durango, Colorado.

**DATED: January 24, 2014.**

                                             **BY THE COURT:**

                                             **s/David L. West**
                                             **United States Magistrate Judge**