**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.   13-PO-00149-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  EILEEN GILCHRIST,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The defense counsel and the Government have agreed to a continuance in this matter in order that the Arraignment, Plea Agreement and Sentencing can be held all at one hearing, therefore:

**IT IS HEREBY ORDERED** that the Arraignment in this matter set for February 6, 2014 at 1:00 p.m. is VACATED and the matter is **RESCHEDULED for February 12, 2014 at 8:00 a.m. for Arraignment, Plea Agreement and Sentencing.**

**DATED:   February 4, 2014.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**