# UNITED STATES DISTRICT Court

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  13-PO-00149-DLW<br>U.S. MARSHAL NO: 40234-013 |
| EILEEN GILCHRIST | Anthony Savastano<br>(Defendant's Attorney) |

**THE Defendant:**  Plead Guilty to Count One of the Information.

**ACCORDINGLY,**  the Court has adjudicated that the Defendant is Guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3; 36 CFR 4.22(b)(1) | Unsafe Operation of Motor Vehicle | 12/24/13 | One |

The Defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the Defendant shall notify the Court and United States Attorney of any material change in the Defendant's economic circumstances.

February 12, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 12, 2014
Date

## UNSUPERVISED PROBATION

The Defendant is hereby placed on unsupervised probation for a term of one (1) year .

## CONDITIONS OF UNSUPERVISED PROBATION

1)      The Defendant shall obtain an alcohol/substance abuse evaluation through Amy Moran, Pathways Counseling, Laramie, Wyoming, follow the recommendations of such evaluation, and provide proof of completion of the evaluation and successful subsequent treatment to the Court;

2)      The Defendant shall perform twenty-four (24) hours of useful public service and provide proof of same to the Court, and

3)      The Defendant shall violate no federal, state or local law or regulation, excepting traffic infractions.

## MONETARY OBLIGATIONS

The Defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $200.00 | $0.00 |
| **TOTALS** | $10.00 | | $200.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court, unless otherwise directed by the Court, the probation officer, or the United States Attorney.

The Defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest